**No. 61715.**—Glensder Textile Corp. *v.* United States, protest 302304–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 20, 1958

**No. 61716.**—The Borregaard Co., Inc., and F. L. Kraemer & Co. *v.* United States, protests 307515–K, 305335–K, and 308787–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C. D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

**No. 61717.**—Guerlain, Inc. *v.* United States, protest 310010–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61718.**—R. J. Saunders & Co., Inc. *v.* United States, protests 310045–K and 310046–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61719.**—Carole Stupell *v.* United States, protests 310960–K and 311030–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.